# UNITED STATES DISTRICT COURT

## District of Kansas

(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 6:26-cr-10175-01-EFM

**KELLY R. CRAM,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## INTRODUCTION

At all times material to this Indictment:

1. The defendant, Kelly R. Cram (Cram) was employed as a Rural Route Carrier working at the United States Post Office located in Pittsburg, Kansas. She was a U.S. Postal Service (USPS) employee from May 23, 2009 until she was placed on administrative leave on October 7, 2026.

2. On October 7, 2026, USPS Office of the Inspector General agents visited Cram's residence, where approximately 4,404 pieces of mail, including approximately 394 political mailers—all related to Republican candidates or

Republican Party affiliated political action committees—were found in her garage. The agents found no political mail related to candidates of any other political party or any political action committees affiliated with another political party at Cram's residence.

## COUNT 1

**UNLAWFUL SECRETION, DESTRUCTION, AND DELAY OF MAIL**
**[18 U.S.C. § 1703(a)]**

Beginning on a date unknown and continuing through October 7, 2026, in the District of Kansas, the defendant,

**KELLY R. CRAM,**

a United States Postal Service employee, did unlawfully secrete, destroy, and delay mail, which had come into her possession, which mail was intended to be conveyed by mail, and carried, and delivered by Cram.

In violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL.

November 3, 2026
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: */s/ Matthew R. Erb*
Matthew R. Erb
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: matthew.erb@usdoj.gov
Ks. S. Ct. No. 24207

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## PENALTIES

**Counts 1 [18 U.S.C. § 1703(a)]**

- Punishable by a term of imprisonment of not more than five (5) years. 18 U.S.C. § 1703(a).
- A term of supervised release of not more than three (3) years. 3583(b)(2).
- A fine not to exceed $250,000. 21 U.S.C. § 841(b)(1)(B).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).