IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
Plaintiff,

v.

KELLY R. CRAM
Defendant.

Case No. 6:26-cr-10175-01-EFM

## UNITED STATES' NOTICE TO THE COURT

Comes now the United States of America, by and through its attorney, Matthew Erb, Assistant United States Attorney for the District of Kansas, and hereby gives notice to the Court that to the best of its knowledge the investigation and/or prosecution of this action:

☐ Involved the Kansas Bureau of Investigation (KBI), its agents, laboratory, or any services thereof between January 9, 2023 and present; or

☑ Did not involve the Kansas Bureau of Investigation (KBI), its agents, laboratory, or any services thereof between January 9, 2023 and present.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

By: /s/ Matthew Erb

MATTHEW ERB, #24207
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: matthew.erb@usdoj.gov